UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PENNY LYNN SOUTH,

    Plaintiff,

v.                                           Case No.: 2:19-cv-627-FtM-38NPM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

### **ORDER**[1]

Before the Court are the parties' responses (Docs. 23; 24) to the Court's Order to Show Cause (Doc. 22) on why this case should not be stayed. As explained in the Order, a pending Supreme Court decision may impact the outcome of this case. *Carr v. Saul*, No. 19-1442, *cert. granted*, 2020 WL 6551771 (U.S. Nov. 9, 2020). After considering the parties' responses, the Court finds it appropriate to exercise its discretion and stay this case. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997). A stay will preserve judicial resources and avoid inconsistent outcomes.

Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

(1) This case is **STAYED**.

(2) The Clerk is **DIRECTED** to add a stay flag on the docket.

(3) The parties are **DIRECTED** to notify the Court **within seven (7) days** of the United States Supreme Court issuing a decision in *Carr v. Saul*, No. 19-1442. If no decision is issued by **April 1, 2021**, the parties are **DIRECTED** to file a joint notice stating so.

**DONE** and **ORDERED** in Fort Myers, Florida on December 8, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record